demonstrating the informant's reliability. *See United States v. Jackson,* 818 F.2d 345, 348 (5th Cir.1987). There was no requirement that all of the informant's tips be corroborated by subsequent police investigation in order to be considered credible. *See United States v. Blount,* 123 F.3d 831, 836 (5th Cir.1997) (en banc).

Because the affidavit in support of the search warrant was not "bare bones," the good-faith exception applied, and the district court did not err in denying Barrientes's suppression motion. *See United States v. Cisneros,* 112 F.3d 1272, 1278 (5th Cir.1997). The judgment of the district court is AFFIRMED.

Brian David Lee Gilson, pro se, Houston, TX, for Plaintiff–Appellant.

Michelle M. Samadany, David Jose Escobar, Lorance & Thompson, Houston, TX, for Defendants–Appellees.

Before SMITH, DEMOSS, and STEWART, Circuit Judges.

PER CURIAM.*

For the reasons stated by the district court in its Amended Memorandum and Order entered on May 1, 2003, we affirm the Amended Final Judgment entered simultaneously therewith. AFFIRMED.

**Brian David Lee GILSON,**
**Plaintiff–Appellant,**

v.

**Shelby Lee WEATHERFORD, III;**
**Kelly Weatherford, Defendants–**
**Appellees.**

**No. 03–20539.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 16, 2004.

**ZEN–NOH GRAIN CORPORATION,**
**Plaintiff,**

v.

**THEOGENNITOR M/V, Her Engines,**
**Tackle, Furniture, Apparel, etc.;**
**et al., Defendants.**

**American Guarantee & Liability**
**Insurance Company, Plaintiff–**
**Appellant,**

v.

**Munich Reinsurance Company; Tankertrade Marine, Limited Company; Polembros Shipping Limited; New Reinsurance Corporation; General Reinsurance Corporation; Global Capital Reinsurance Limited; GE**

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.